435 A.2d 1319

Commonwealth v. Oliver, Appellant.
Petition for Allowance of Appeal Denied Jan. 15, 1982.

Submitted December 5, 1980.  William J. Perrone, for appellant;

Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.